# Court of Appeals
# of the State of Georgia

ATLANTA,___July 08, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1433.  POTTS v. THE STATE.**

Appellant, Potts, filed this pro se appeal from the trial court's order denying his pro se motion for an out-of-time appeal from the judgment of conviction and sentence entered by the trial court pursuant to a guilty plea.  Appellant was provided with a docketing notice from this Court informing him that the appeal in this case was docketed in this Court on March 20, 2015, and that Appellant's brief, including enumeration of errors, was due to be filed within 20 days of docketing – no later than April 9, 2015.  Court of Appeals Rules 22 (a); 23 (a).  Because Appellant did not timely file a brief and enumeration of errors by April 9, 2015, nor did Appellant obtain an extension of time for filing, the appeal in the captioned case is DISMISSED. Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____07/08/2015_____*
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*